Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONTINENTAL EXPLORATION, LLC | § | CASE 15-41607-R-11 |
| | § | |
| DEBTOR. | § | |

### EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Continental Exploration, LLC ("Debtor") and moves the Court under 11 U.S.C. §363 for Emergency Approval of Interim Use of Cash Collateral and would show the Court the following:

1. The Debtor filed a voluntary Chapter 11 Petition on September 2, 2015.

2. The Debtor must have cash to make payroll and to pay other immediate expenses to keep its doors open.

3. The Debtors business consists of the ownership and operation of a oil and gas business.

4. Wells Fargo ("Wells") asserts a lien on some of the operations of the Debtor.

5. Wells assets a lien on among other things, the sales revenue generated by the

**MOTION TO USE CASH COLLATERAL -- Page 1**

some of the wells of the Debtor ("Collateral"). This Collateral may constitute the cash collateral of Wells as that term is defined in the Bankruptcy Code.

5. The Debtor is in immediately need to use the cash collateral of Wells to maintain operations of the business. The continued operations of the Debtor will necessitate the use of the cash collateral.

6. The Debtor seeks to use the cash collateral of Wells to make the payroll and continue operations. Debtor seeks interim use of the cash collateral for the uses set forth on Exhibit "A".

7. An emergency exists in that the entire chance of the Debtor's reorganizing depends on the Debtor's ability to immediately obtain use the alleged Collateral of Wells to continue operations of the company while effectuating a plan of reorganization.

8. The Debtor is willing to provide Wells with replacement liens pursuant to 11U.S.C. section 552.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an Emergency Hearing and that upon hearing, this Court enter an Order authorizing the Debtor's use of the Cash Collateral of Wells in the amounts set forth in Exhibit "A" and to grant Wells adequate protection in the form of replacement liens under 11 U.S.C. section 552, and for such other and further relief as the Debtor may show itself justly entitled.

          Respectfully submitted,

          Eric A. Liepins
          Eric A. Liepins, P.C.
          12770 Coit Road
          Suite 1100
          Dallas, Texas 75251
          (972) 991-5591

**MOTION TO USE CASH COLLATERAL -- Page 2**

(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
    Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or mail to Wells Fargo and the United States Trustee on the 4th day of September 2015.

____/s/ Eric Liepins_____
Eric A. Liepins

## Continental Exploration Monthly Budget

| General Office Administration | | | |
|---|---|---|---|
| **Category** | | **Budget** | |
| Rent | | $5,086 | |
| Utilities supplement | | $595 | |
| Internet | | $560 | |
| Internet Maintenance | | $150 | |
| Phones | | $0 | |
| Mobile Phones | | $170 | |
| Postage Meter Rental | | $30 | |
| Postage | | $200 | |
| Office Supplies | | $452 | |
| Salaries (6) | | $32,800 | |
| Jim Pulis | Operations Manager | | $9,400 |
| Sharon Petry | Accounting - Revenue | | $2,300 |
| Anne Posey | Accounting - AP | | $4,000 |
| Glenn Seitz | Controller | | $6,800 |
| Caleb Pulis | Roustabout | | $300 |
| Douglas Harrington | President/Geologist | | $10,000 |
| Consultant Salaries (3) | | $10,500 | |
| Jeanne Laurie | Division Order Analyst | | $1,300 |
| Terry McCart | Senior Accountant | | $4,200 |
| Marilyn Elliott | Landman | | $5,000 |

**MOTION TO USE CASH COLLATERAL -- Page 3**

| | | |
|---|---|---|
| Office Insurance | | $95 |
| Office Taxes | | $38 |
| Log Library - membership | | $447 |
| Log Library - specific charges | | $45 |
| **Sub Total** | | **$51,168** |
| | | |
| **Field Operations Administration** | | |
| | | |
| **Category** | | **Budget** |
| Truck Expenses | | $3,200 |
| Truck Tires | | $125 |
| Internet | | $0 |
| Phones | | $0 |
| Postage | | $35 |
| Field Expense Account | | $1,000 |
| Office supplies | | $100 |
| Salaries - full time (above) | | $0 |
| Salaries - part time - roustabout | | $300 |
| Insurance - health | | $1,000 |
| Insurance - vehicle | | $340 |
| **Sub Total** | | **$6,100** |
| | | |
| **Total Administration** | | **$57,268** |

| | | |
|---|---|---|
| **Field Operations - Operations** | | |
| | | |
| Pumper - South Ravia | | $3,900 |
| Pumper - Blaine | | $300 |
| Pumper - Panhandle | | $1,500 |
| Pumper - Lochner | | $225 |
| Pumper - South Texas | | $1,350 |
| Pumper - Rapp-Boone | | $175 |
| Pumper - Adams | | $300 |
| | | |
| Hot Oil - South Ravia | | $1,450 |
| Paraffin - South Ravia | | $1,250 |
| Chemical - South Ravia | | $800 |
| Water Hauling - South Ravia | | $300 |

**MOTION TO USE CASH COLLATERAL -- Page 4**

| | | |
|---|---|---|
| Roustabout - South Ravia | | $600 |
| Road work - South Ravia | | $500 |
| Plungers - South Ravia | | $500 |
| | | |
| Pull wells - South Ravia | | $1,000 |
| | | |
| Electrical - Blaine | | $140 |
| Water Hauling- Blaine | | $350 |
| | | |
| Water Hauling - Panhandle | | $1,350 |
| Extra oil plugs - Panhandle | | $200 |
| Road work - Panhandle | | $250 |
| | | |
| Electrical - Adams | | $35 |
| | | |
| **Sub Total - Field Operating Costs** | | **$16,875** |
| | | |
| | | |
| **Total - All Categories** | | **$74,143** |
| | | |
| Projected Income | 350000 | |